# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| DENETRA HUGHLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:24-cv-00977-RWS |
| | ) | |
| ELEVANCE HEALTH INC, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

The Court has entered an order in *Hughley v. Elevance Health Inc.*, Case No. 4:24-cv-01287-JMB, consolidating that matter into this case pursuant to Fed. R. Civ. P. 42(a). In light of that consolidation, and to ensure clarity of the record, the Court will require Plaintiff to file a consolidated amended complaint in this matter. The amended complaint shall be the sole operative pleading. It must comply with Federal Rule of Civil Procedure 8(a) and include a short and plain statement of the facts supporting each legal claim, clearly identifying the defendant(s) alleged to be liable under each count.

Accordingly,

**IT IS HEREBY ORDERED that** the Clerk of Court shall mail to Plaintiff a copy of the Court's Employment Discrimination Complaint form.

**IT IS FURTHER ORDERED** that, **within thirty (30) days of the date of this Order**, Plaintiff shall file a consolidated amended complaint that includes all claims she intends to pursue from both the original complaint filed in this case and the complaint filed in Case No. 4:24-cv-01287-JMB.

Failure to comply may result in dismissal of the action under Rule 41(b) for failure to prosecute.

Dated this 2nd day of May 2025.

                                                RODNEY W. SIPPEL
                                                UNITED STATES DISTRICT JUDGE